IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RICHARD MORRISON, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | CASE NO. 7:07-CV-99 (HL) |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| **Commissioner of Social Security** | : | |
| | : | |
| **Defendant.** | : | SOCIAL SECURITY APPEAL |
| | : | |

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 23), which recommends affirming the Commissioner's of Social Security decision and denying Plaintiff's Motion to Present New Evidence (Doc. 19). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection (Doc. 25), and has made a *de novo* determination of the portion of the R&R to which Defendant objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 1st day of October, 2008

              *s   Hugh Lawson*
              **HUGH LAWSON**, Judge

wjc